**No. 57501.**—Hess, Inc. *v.* United States, protest 187905–K (Bridgeport).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of fuel oil derived from petroleum exported from Venezuela and that the facts and issue herein are the same in all material respects as those the subject of Abstract 57178, the claim of the plaintiff was sustained.

**No. 57502.**—Edward Remus & Co., Inc. *v.* United States, protest 194584–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 57503.**—Decorative Crafts, Inc. *v.* United States, protest 200460–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 57504.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 201575–K (New York).

Opinion by MOLLISON, J.—The protest was dismissed.

BEFORE THE SECOND DIVISION, OCTOBER 1, 1953

**No. 57505.**—Castello Fencing Equipment Co., Inc., and American Express Co. *v.* United States, protests 197562–K and 197563–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of foil blades similar in all material respects to those the subject of *Castello Fencing Equipment Co., Inc.*, and *Rohner, Gehrig & Co., Inc.* v. *United States* (29 Cust. Ct. 72, C. D. 1447), the claim of the plaintiffs was sustained.